DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SARAH WALTER,**
Appellant,

v.

**EDWARD LOPEZ,**
Appellee.

No. 4D16-2300

[ July 6, 2017 ]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lebow, Judge; L.T. Case No. 13-006859 FMCE (34).

Evan L. Abramowitz of Abramowitz and Associates, Coral Gables, for appellant.

Edward Alan Lopez, Hollywood, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*